**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

| | |
|---|---|
| √ INITIAL APPEARANCE | **DATE: November 9, 2005** |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | Digital Recording 4:22 - 4:34 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj139-W    **DEFENDANT NAME:** Elaine Matuk Comer

**AUSA:** Susan Redmond    **DEFT. ATTY:** Christine Freeman

           Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; (  )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest November 9, 2005 or √ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | √ BOND EXECUTED (R. 5) - deft to report to originating district on 11/16/05 @ 2:00 |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |